1762.

JACKSON
*v.*
FOYE.

Rec. 1762.
Fol. 385.

Evidence of Payment of full Rent by a Tenant, for thirty Years, and of the giving a Note of Hand for the Balance found due on a Settlement, is ſufficient Proof of a Contract to pay Taxes under the Province Law, which provides that " where no Contract is " the Landlord ſhall reimburſe half the Taxes. *Ruſſell, J., diſſentiente.*

## Jackſon *verſ.* Foye.

MRS. JACKSON was upwards of thirty Years a Tenant to Mrs. Foye, paid her Rent without any Deduction but for Repairs, which were often made. A. D. 1758 they ſettled Accounts, and Mrs. Jackſon, owing Mrs. Foye, gave her a Note of Hand on Intereſt. The preſent Action was brought by Jackſon againſt Foye for half the Rates for Twenty Years.

The only Queſtion was, whether theſe Settlements, that Note of Hand given, when, if the Rates had been reckoned, there would have been a Balance due to Jackſon, amounted to Evidence of an expreſs Contract.

*The*

---

The Court (*Juſtice Ruſſell diſſentiente*) gave it to the Jury as their Opinion, that it did, and directed them to give the Defendant Coſts, which they did. (1)

1762.

JACKSON
*v.*
FOYE.

(1) This deciſion was under the following proviſion contained for many years in the annual tax acts of the Province : " Saving all contracts between landlord and tenant, and where no contract is, the landlord to reimburſe one half of the tax ſet upon ſuch houſes and lands." See *poſt, Derumple* v. *Clark.* The ſame proviſion in ſubſtance is contained in Rev. Sts. c. 7, § 8, by which the tenant was authorized to retain half the taxes out of his rent, unleſs there was an agreement to the contrary. By Gen. Sts. c. 11, § 9, he may ſo retain the whole taxes or recover the ſame by action.

